UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 02 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PHILLIP FRAZIER, | No. 23-55508 |
| Plaintiff - Appellant, | D.C. No. 2:22-cv-04723-JFW-JEM |
| v. | U.S. District Court for Central California, Los Angeles |
| AMERICAN AIRLINES, INC., a Delaware corporation; et al., | **MANDATE** |
| Defendants - Appellees. | |

The judgment of this Court, entered December 10, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT